UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANN C. KERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-1529-DFH-TAB |
| ) | |
| WILLIAM R. RADEZ, JR., ) | |
| ) | |
| Defendant. ) | |

DEFAULT JUDGMENT

The court having this day granted plaintiff's motion for default judgment, it is hereby ORDERED, ADJUDGED, AND DECREED that plaintiff Ann C. Kern recover from defendant William R. Radez, Jr. the principal sum of Four Hundred Seventy-Two Thousand Eight Hundred Fifty-Two Dollars and Twenty-Seven Cents ($472,852.27).

Date:  September 25, 2009

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

-2-

Copies to:

Michael Ryan Hartman
BINGHAM MCHALE, LLP
mhartman@binghammchale.com

Kenneth J. Munson
BINGHAM MCHALE LLP
kmunson@binghammchale.com

Richard A. Rocap
ROCAP WITCHGER, LLP
rar@rocap-witchger.com

Scott Lee Timberman
ROCAP WITCHGER LLP
slt@rocap-witchger.com